E-FILED
Wednesday, 30 September, 2026 03:34:07 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

LARRY E.,

*Plaintiff*,

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*.

Case No. 1:26-cv-01129-RLH

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will update the administrative record; reevaluate the claimant's RFC; and issue a new decision.

*So ordered.*

Entered this 30th day of September 2026.

s/Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge